# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LASHONDA WILLIAMS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAMON CARWISE, JR.,**

        **Plaintiff,**

-vs-                                                    **Case No. 6:11-cv-1163-Orl-28DAB**

**SPANISH TRACE OF ORLANDO, LTD.,**

        **Defendant.**
_____

## ORDER

This case is before the Court on Defendant's Motion for Entitlement to Attorneys' Fees, Costs and Expenses (Doc. No. 26) filed October 24, 2011, and Plaintiff's Motion to Review Bill of Costs (Doc. No. 28) filed November 10, 2011. The United States Magistrate Judge has submitted a report recommending that the motion for fees and costs be denied and the motion for review be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed April 4, 2012 (Doc. No. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Defendant's Motion for Entitlement to Attorneys' Fees, Costs and Expenses (Doc. No. 26) is **DENIED**.

    3.      Plaintiff's Motion to Review Bill of Costs (Doc. No. 28) is **GRANTED**.

    4.      No fees, costs or expenses shall be awarded to Defendant.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this   24th   day of April, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge